IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-1574-PAB-KLM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

CELL>POINT, LLC, TERRY A. COLIP and GREG R. COLIP,

Defendants.

## MOTION TO MODIFY PRELIMINARY INJUNCTION

   Cell Theranostics, Ltd., a company organized in the Cayman Islands, by Peter R. Bornstein of The Law Offices of Peter R. Bornstein, moves this Court pursuant to Fed.R.Civ.P. 60(b)(6) and 65(d)(2)(C) for an order modifying the preliminary injunction to remove Cell Theranostics, Ltd. from being bound by the Court's order.  As grounds in support of its motion to modify the preliminary injunction, Cell Theranostics, Ltd. states to the Court as follows:

   1.   On February 14, 2022, this Court entered a preliminary injunction naming Cell Theranostics, Ltd. as bound by the injunction as a subsidiary of Cell>Point, LLC.

   2.   Cell Theranostics, Ltd. is a separate juristic entity from both Cell>Point, LLC and Cell Theranostics, Inc.

   3.   Cell Theranostics is no longer a subsidiary of Cell>Point, LLC having established a separate Board of Directors and separate management.  Over 550 shareholders now hold the equity interest in the company.

4. The company is no longer controlled by Greg Colip or Terry Colip.

5. Rule 65(d)(2) of the Federal Rules of Civil Procedure delineates who is bound by an injunction.

6. Due to the change in control and other circumstances, the company now request that it be relieved from being bound by the injunction.

Respectfully submitted this 3rd day of June, 2022.

s/ Peter R. Bornstein
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2022, I electronically filed the foregoing MOTION TO MODIFY PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Polly Atkinson, Esq.
atkinsonp@sec.gov

Gregory A. Kasper, Esq.
kasperg@sec.gov

Mark L. Williams, Esq.
WilliamsML@sec.gov

John H. Schlie, Esq.
johnhenry@schlielawfirm.com

Zachary T. Carlyle, Esq.
carlylez@sec.gov

s/ Jeannette Wolf
Jeannette Wolf, Paralegal