IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-1574-PAB-KLM

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**CELL>POINT, LLC,
CELL THERANOSTICS, LTD,
CELL THERANOSTICS, INC,
GREG RUSSELL COLIP, and
TERRY ALLEN COLIP,**

    Defendants.

---

**PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION AND PRE-TRIAL DEADLINES**

---

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court extend the dispositive motion and pre-trial deadlines by approximately four weeks. Specifically, the SEC requests that the dispositive motion deadline be extended from June 23 to July 21, 2023, and the deadline for the proposed pre-trial order and the final pretrial conference be extended from September 8 and September 14 to October 6 and October 17, 2023, respectively. This is the third request that discovery deadlines be extended. *See* Docs. ## 99, 158.

### **D.C.COLO.LCivR 7.1**

Defendants have not communicated their position on this motion. On June 7, 2023, SEC counsel emailed Mr. Greg Colip, counsel for all Defendants, and asked for his position on the instant request. Mr. Colip did not respond.

## PROCEDURAL BACKGROUND

On June 10, 2021, the SEC initiated this enforcement action against Defendants Cell>Point, Terry Colip, and Greg Colip. Doc. #1.

On March 9, 2022, the SEC filed an unopposed motion to extend discovery deadlines by approximately 90 days, Doc. # 97, which the Court granted. Doc. # 99.

On May 16, 2022, after moving to extend the deadline to amend the Complaint, Doc. # 100, the SEC moved for leave to file its Amended Complaint, Doc. # 119, which named two new defendants and added claims that Defendants continued engaging in securities fraud through at least April 2022. Doc. # 119.

On July 18, 2022, the Court granted the SEC's motion to extend the deadline to amend pleadings and motion for leave to file an amended complaint, Doc. # 139, and accepted the SEC's Amended Complaint. Doc. # 140.

On September 9, 2022, the SEC filed an unopposed motion to extend discovery deadlines, by approximately six months, Docs. ## 155, 157, which the Court granted. Doc. # 158.

Pursuant to the Court's most recent Scheduling Order, Doc. # 158, fact discovery ended on March 3, 2023, and expert discovery ended on May 19, 2023.

## ARGUMENT

The SEC respectfully requests the Court extend the dispositive motion deadline four weeks from June 23 to July 21, 2023. The SEC further requests that the deadline for the

2

proposed pre-trial order and the final pretrial conference be extended to October 6 and October 17, 2023, respectively.[1]

"Scheduling order deadlines 'may be modified only for good cause and with the judge's consent.'" Doc. # 139 at 3 (quoting Fed. R. Civ. P. 16(b)). Good cause exists here. Since fact and expert discovery ended, the SEC has spent significant time and resources investigating and litigating its allegations that Defendants are continuing to violate this Orders of this Court, which included a show cause hearing that took place on May 10, 2023. *See, e.g.*, Doc. ## 200, 205, 214, 217. This necessarily prevented the SEC from devoting its full resources toward preparing a dispositive motion. The SEC plans to file a motion for summary judgment, and believes there is no genuine dispute as to any material fact with respect to its allegations and the SEC is entitled to summary judgment on all claims, which would obviate the need for a trial. While the SEC has begun the preparation of the motion papers, due to allocating its resources to ensure Court Orders are not being violated, it needs additional time to complete the papers.

Moreover, the four week extension is relatively brief and is not expected to prejudice any party. Indeed, Defendants did not respond to the SEC's conferral email, so the instant motion may be consented-to by Defendants.

For these reasons, the SEC respectfully requests that the Court grant this motion to extend the dispositive motion deadline four weeks from June 23 to July 21, 2023, and extend the proposed pre-trial order and the final pretrial conference to October 6 and October 17, 2023, respectively.

---

[1] SEC trial attorney Mark Williams is scheduled to be in trial in a separate case from October 3 to October 16, 2023. The SEC therefore respectfully requests that the pretrial conference be scheduled on October 17, 2023, or a later date convenient to the Court.

Dated: June 14, 2022

                    Respectfully submitted,

                    *s/Mark L. Williams*
                    Mark L. Williams
                    Zachary T. Carlyle
                    Attorneys for Plaintiff
                    U.S. Securities and Exchange Commission
                    Denver Regional Office
                    1961 Stout Street, 17th Floor
                    Denver, Colorado 80294
                    (303) 844-1000