IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-1574-PAB-KLM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

        v.

CELL>POINT, L.L.C.,
CELL THERANOSTICS, LTD,
CELL THERANOSTICS, INC.,
GREG RUSSELL COLIP, and
TERRY ALLEN COLIP,

    Defendants.

## DECLARATION OF TY J. COTTRILL IN SUPPORT OF MOTION FOR REMEDIES AND FINAL JUDGMENT

    I, TY J. COTTRILL do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, and that I am over 18 years of age and I am competent to testify to the matters stated herein:

    1.    I am employed as an attorney in the Division of Enforcement in the Denver Regional Office of the Securities and Exchange Commission ("SEC") and hold the title of Senior Counsel. As part of my job duties, I am responsible for investigating potential violations of the federal securities laws. In conducting factual investigations, my job responsibilities generally include issuing subpoenas, taking investigative testimony, and conducting other investigative activities, as well as drafting internal legal analyses and preparing cases for litigation.

2. I was assigned to an investigation titled *In the Matter of Cell>Point, LLC (D-3944)*. Among other things, our investigative work included issuing subpoenas for documents, reviewing documents produced by the Defendants and other parties, and taking investigative testimony.

3. During the course of the investigation, we issued subpoenas and made requests for documents to the Defendants and third parties. Pursuant to those subpoenas and requests, we obtained copies of documents including various versions of Cell>Point's Private Placement Memoranda ("PPMs"), Investor Decks, and Quarterly Reports.

4. Each of the nineteen Cell>Point PPMs the SEC received states: "The net proceeds . . . will be used to fund the Phase 3 Oncardia® Oncology trial, the Phase 2b/3 Oncardia® Cardiology trial, license preparation and provide general working capital." *See* Ex. 1, January 16, 2016 PPM at 2; Ex. 2, November 1, 2016, Cell>Point PPM at 2; Ex. 3, April 3, 2017, Cell>Point PPM at 2; Ex. 4, July 3, 2017, Cell>Point PPM at 2; Ex. 5, September 1, 2017, Cell>Point PPM at 2; Ex. 6, June 1, 2018, Cell>Point PPM at 2; Ex. 7, October 1, 2018, Cell>Point PPM at 2; Ex. 8, October 2, 2018, Cell>Point PPM at 2; Ex. 9, January 2, 2019, Cell>Point PPM at 2; Ex. 10, February 10, 2019, Cell>Point PPM at 2; Ex. 11, April 1, 2019, Cell>Point PPM at 2; Ex. 12, April 2, 2019, Cell>Point PPM at 2; Ex. 13, June 1, 2019, Cell>Point PPM at 2; Ex. 14, September 1, 2019, Cell>Point PPM at 2 ("The net proceeds…will be used to fund the Phase 3 $^{99m}$Tc-Oncardia® Oncology trial, the Phase 2b/3 $^{99m}$Tc-Oncardia® Cardiology trial and provide general working capital to the Company."); Ex. 15, October 1, 2019, Cell>Point PPM at 2; Ex. 16, January 2, 2020, Cell>Point PPM at 2; Ex. 17, February 1, 2020, Cell>Point PPM at 2; Ex. 18, June 1, 2020, Cell>Point PPM at 2; Ex. 19, October 21, 2020, Cell>Point PPM at 2.

5. Each of the nineteen Cell>Point PPMs the SEC received additionally states: "[t]he proceeds will be primarily used to fund various clinical trial studies. . ." *See* Ex. 1, January 16, 2016 PPM at 3; Ex. 2, November 1, 2016, Cell>Point PPM at 3; Ex. 3, April 3, 2017, Cell>Point PPM at 3; Ex. 4, July 3, 2017, Cell>Point PPM at 3; Ex. 5, September 1, 2017, Cell>Point PPM at 3; Ex. 6, June 1, 2018, Cell>Point PPM at 3; Ex. 7, October 1, 2018, Cell>Point PPM at 3; Ex. 8, October 2, 2018, Cell>Point PPM at 3; Ex. 9, January 2, 2019, Cell>Point PPM at 3; Ex. 10, February 10, 2019, Cell>Point PPM at 3; Ex. 11, April 1, 2019, Cell>Point PPM at 3; Ex. 12, April 2, 2019, Cell>Point PPM at 3; Ex. 13, June 1, 2019, Cell>Point PPM at 3; Ex. 14, September 1, 2019, Cell>Point PPM at 3; Ex. 15, October 1, 2019, Cell>Point PPM at 3; Ex. 16, January 2, 2020, Cell>Point PPM at 3; Ex. 17, February 1, 2020, Cell>Point PPM at 3; Ex. 18, June 1, 2020, Cell>Point PPM at 3; Ex. 19, October 21, 2020, Cell>Point PPM at 3.

Dated:  May 10, 2024

*Ty J Cottrill*